IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00237 |
| | ) | Judge Trauger |
| | ) | |
| [2] MIKHAIL FOMIN | ) | |

**O R D E R**

It is hereby **ORDERED** that this defendant is set for a change of plea hearing on Tuesday, July 10, 2012, at 10:00 a.m.

It is so **ORDERED.**

ENTER this 21st day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge